IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDA BYNUM and
MIDGE GRAHAM,

      **Plaintiffs,**

v.                                        No. CIV-15-0232 GBW/LAM

CITY OF ALAMOGORDO, et al.,

      **Defendants.**

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

**THIS MATTER** is before the Court on Plaintiffs' *Opposed Motion for Expedited Hearing to Resolve Discovery Dispute and Memorandum (Doc. 30)*, filed January 22, 2016, in which Plaintiffs ask the Court to resolve the issue of whether Defendants should be ordered to produce the "complete investigative file" for Plaintiffs prior to the deposition of Officer Guinn set for January 28, 2016. The Court will order expedited briefing on the motion and, by separate order, set the matter for a hearing.

      **IT IS THEREFORE ORDERED THAT:**

      1.    Defendants' response to Plaintiff's *Opposed Motion for Expedited Hearing to Resolve Discovery Dispute and Memorandum (Doc. 30)* is due on or before **noon on Tuesday, January 26, 2016**; and

      2.    Plaintiffs may file a reply on or before **noon on Wednesday, January 27, 2016**.

      **IT IS SO ORDERED.**

                                              */s/ Lourdes A. Martínez*
                                              **LOURDES A. MARTÍNEZ**
                                              **UNITED STATES MAGISTRATE JUDGE**